IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

SHUNTRELLE TAYLOR                                                                                          PLAINTIFF

V.                                                                       CIVIL ACTION NO. 3:22-CV-201-MPM-RP

WALMART INC., et al.                                                                                   DEFENDANTS

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Walmart Inc. as the proper defendant in place of the defendants incorrectly named in the complaint as Wal-Mart Inc., Wal-Mart Stores Inc., Wal-Mart Associates Inc., and Wal-Mart Claims Services, Inc. The court finds the request is well taken and should be **GRANTED**. Walmart Inc. is substituted as the defendant in place of Wal-Mart Inc., Wal-Mart Stores Inc., Wal-Mart Associates Inc., and Wal-Mart Claims Services, Inc.   The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 26th day of October, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE